COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of T.C., a Child
                         In the Interest of T.L.C, a Child


Appellate case number:   01-17-00497-CV
                         01-17-00498-CV


Trial court case number: 2014-71072
                         2011-08360


Trial court:             309th District Court of Harris County


In each appeal, appellant, C.C., has filed an unopposed motion for an extension of time to file her brief, requesting an extension to September 20, 2017. A clerk's record has been filed in each appeal; however, a reporter's record has not been filed. Because the appellate record is not complete, appellant's brief is not yet due. *See* TEX. R. APP. P. 28.4(a) (providing appeals in parental termination and child protection cases are governed by rules applicable to accelerated appeals), 38.6(a) (providing, in accelerated appeal, appellant must file brief within 20 days after later of date clerk's record or reporter's record was filed); *cf. id.* 28.4(b)(2) (providing extensions of time to file record "must not exceed 30 days cumulatively, absent extraordinary circumstances"). Accordingly, we **dismiss** the motion as premature.

Because these appeals involve parental-termination cases, the Court is required to bring the appeals to final disposition within 180 days of June 30, 2017, the date the notices of appeal were filed in these proceedings, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon 2013); *see also* TEX. R. APP. P. 28.4.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually ☐ Acting for the Court


Date: July 18, 2017